1

2

3                                                                    *E-Filed 2/21/12*

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                            NORTHERN DISTRICT OF CALIFORNIA

10                               SAN FRANCISCO DIVISION

11

12    CHRISTOPHER WRIGHT,                       No. C 12-0019 RS (PR)

13              Plaintiff,                       **ORDER EXTENDING TIME**

14         v.

15    JOHN DOE,

16              Defendant.
                                    /

17

18         This is a federal civil rights action filed pursuant to 42 U.S.C. § 1983 by a *pro se* state

19    prisoner.  Plaintiff's motion to extend time to file a complaint and an application to proceed

20    *in forma pauperis* (Docket No. 4) is GRANTED.  Plaintiff shall file **both** documents on or

21    before April 15, 2012.  **No further extensions of time will be granted.**  Failure to file **both**

22    documents by such date will result in the dismissal of this action under Federal Rule of Civil

23    Procedure 41(b) for failure to prosecute.

24         **IT IS SO ORDERED**.

25    DATED:  February 21, 2012

26                                          _____
                                                   RICHARD SEEBORG
                                              United States District Judge

27

28