*E-Filed 2/21/12*

**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER WRIGHT, | No. C 12-0019 RS (PR) |
| Plaintiff, | **ORDER EXTENDING TIME** |
| v. | |
| JOHN DOE, | |
| Defendant. | |

This is a federal civil rights action filed pursuant to 42 U.S.C. § 1983 by a *pro se* state prisoner.  Plaintiff's motion to extend time to file a complaint and an application to proceed *in forma pauperis* (Docket No. 4) is GRANTED.  Plaintiff shall file **both** documents on or before April 15, 2012.  **No further extensions of time will be granted.**  Failure to file **both** documents by such date will result in the dismissal of this action under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**IT IS SO ORDERED**.

DATED: February 21, 2012

_____
RICHARD SEEBORG
United States District Judge