*E-Filed 8/1/12*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER L. WRIGHT,<br><br>    Plaintiff,<br><br>    v.<br><br>R.J. DONOVAN CORRECTIONAL FACILITY,<br><br>    Defendant. | No. C 12-0019 RS (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff has filed a *pro se* civil rights complaint under 42 U.S.C. § 1983 alleging violations of his constitutional rights while held at R.J. Donovan Correctional Facility, which lies in San Diego County. A substantial part of the events or omissions giving rise to the claims occurred, and the defendant resides, in the County of San Diego, which lies within the venue of the Southern District of California. *See* 28 U.S.C. § 84(b). Venue therefore properly lies in the Southern District. *See id.* § 1391(b). Accordingly, in the interest of justice, and pursuant to 28 U.S.C. § 1406(a), this action is hereby TRANSFERRED to the United States District Court for the Southern District of California. The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED**.

DATED: August 1, 2012

                                          RICHARD SEEBORG
                                     United States District Judge